*James J. Regan* for appellant.

*Irving D. Lipkowitz, William H. Lewis* and *David Kugel* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division on the authority of *Matter of Luttinger* (294 N. Y. 855). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Accounting of MARGARET M. BURNET, as Committee of the Estate of FRANK McCANN, an Incompetent Person. FRANK T. HINES, Administrator of Veterans' Affairs, Respondent; ANTHONY J. GRAZIANO et al., Constituting the Firm of GRAZIANO & GRAZIANO, Attorneys for MARGARET M. BURNET, as Committee of FRANK McCANN, et al., Appellants.

Argued November 26, 1946; decided January 9, 1947.

*Anthony J. Graziano* and *Josephine D. Graziano* for ·appellants.

*Jack A. Roper* and *Frank Klipper* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

FREDERICK F. BAYER, Respondent, v. OXFORD UNIVERSITY PRESS, INC., Appellant.

Argued November 25, 1946; decided January 9, 1947.